# [ORDER](#)

## BEVELOCK & FISHER LLC
*Attorneys at Law*
_____

| | | |
|---|---|---|
| *Charles M. Fisher, Esq.*<br>cfisher@bevelocklaw.com | 247 Livingston Avenue<br>New Brunswick, NJ 08901<br>www.bevelocklaw.com | *Tel: (732) 202-8200*<br>*Fax: (732) 214-1897* |

_____

September 15, 2025

**Via Electronic Filing**
The Honorable Stacey D. Adams, U.S.M.J.
Frank R. Lautenberg U.S. Post Office &
 Courthouse Building
2 Federal Square
Newark, New Jersey 07102

    **Re:** **Codella v. State Farm**
       **Civil Action No. 2:20-cv-14949-JKS-SDA**

Dear Judge Adams:

  As the Court knows, this firm represents defendant State Farm Fire and Casualty Company ("State Farm") in the captioned matter.

  Under the present schedule set by the Court, dispositive motions must be filed by September 30, 2025. (D.E. 95). With the consent of plaintiff's counsel, I am writing to respectfully request a 24-day extension of time to file State Farm's motion for summary judgment. After this week, I will be out of the office for most of the rest of this month for the upcoming Jewish holidays. I will also be away and out of state from October 9-19, 2025.

  Under the Court's motion calendar, there are two initial filing deadlines in October (i.e., October 10, and 24). I am respectfully requesting that the Court set October 24, 2025, as the filing date for dispositive motions in this matter. As noted, plaintiff's counsel has consented to this request.

September 15, 2025
Page | 2

I thank the Court for its attention to this matter. Please feel free to call if Your Honor has any questions.

Respectfully submitted,

Charles M. Fisher
For the Firm

SO ORDERED.

_____
Stacey D. Adams
United States Magistrate Judge
Dated: September 19, 2025